Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, AK 99501
Phone: (907) 279-3581
Fax:   (907) 277-1331
cld@delaneywiles.com

Attorneys for Defendant
Worthington Military Construction, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOE FIGUEROA, JOSE FIGUEROA, JAMES RODRIGUES, FAUSTINO RODRIGUES, GERMAN VIERA, ENRIQUE PAZ, LORENZO PAZ, GUSTAVO MONTOYA, LUIS PULIDO, JEFF WALKER, KIRK WALKER, CURTIS KEYS, DAVE WINDSOR, ANGEL GUTIERREZ, JUAN GUTIERREZ, JUAN GUTIERREZ, SR. JOSE D. GARCIA, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>WORTHINGTON MILITARY CONSTRUCTION, INC.,<br><br>    Defendant. | Case No. _____ |

**NOTICE OF REMOVAL OF CASE FROM STATE COURT**
**(SUPERIOR COURT CASE NO. 3AN-14-6337 CIVIL)**

TO THE DISTRICT COURT OF THE UNITED STATES, DISTRICT OF ALASKA, AND TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

Notice Of Removal Of Case From State Court
(Superior Court Case No. 3AN-14-6337 Civil)
*Figueroa, et al. v. Worthington Military Const., Inc.*/Case No. _____
Page 1 of 4

Case 3:14-cv-00088-TMB   Document 1   Filed 05/12/14   Page 1 of 4

PLEASE TAKE NOTICE that Defendant, Worthington Military Construction, Inc. ("Worthington"), contemporaneous with the filing of this Notice, is effectuating the removal of the above-referenced action from the Superior Court of the State of Alaska, Third Judicial District, to the United States District Court for the District of Alaska. A true and correct copy of the Notice to Superior Court of Filing Notice of Removal filed in Case No. 3AN-14-6337 CI is attached hereto as **Exhibit A**. The removal is based on the following grounds:

1. On or about April 18, 2014 there was filed in the Superior Court for the State of Alaska the above titled action, Case No. 3AN-14-6337 CI.

2. On or about April 21, 2014, the Defendant was served with a copy of the Complaint, via certified mail, at the corporate offices of Defendant in Juneau, Alaska.

3. A true and correct copy of the Complaint is attached hereto as **Exhibit B** and is incorporated by reference herein as though fully set forth.

4. The United States District Court has jurisdiction over the superior court action in this matter, based on diversity of citizenship of the parties pursuant to 28 U.S.C. § 1332.

5. Plaintiffs are residents of California, Kentucky, and Florida. On information and belief, based on the allegations of

Notice Of Removal Of Case From State Court
(Superior Court Case No. 3AN-14-6337 Civil)
*Figueroa, et al. v. Worthington Military Const., Inc.*/Case No. _____
Page 2 of 4

Case 3:14-cv-00088-TMB   Document 1   Filed 05/12/14   Page 2 of 4

the complaint, and without conceding same, Plaintiffs' claims exceed $75,000.

6. Defendant Worthington is a corporation organized under the laws of the state of Ohio with its principal place of business in Columbus, Ohio. Its corporate citizenship is Ohio.

7. This notice of removal is timely filed in that it is filed within 30 days of receipt of a copy of the complaint by Defendant, which sets out a claim for relief.

9. Worthington expressly consents to this notice of removal.

10. The notice to State Superior Court of the notice of removal is being filed contemporaneously with this notice in federal court.

DATED this 12th day of May, 2014, at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for Defendant
Worthington Military
Construction, Inc.

/s/ Cynthia L. Ducey
1007 West 3rd Avenue, Suite 400
Anchorage, AK 99501
Phone: (907) 279-3581
Fax:   (907) 277-1331
cld@delaneywiles.com
Alaska Bar No. 8310161

**CERTIFICATE OF SERVICE**

This certifies that I am
an authorized agent for
Delaney Wiles, Inc. for

Notice Of Removal Of Case From State Court
(Superior Court Case No. 3AN-14-6337 Civil)       Page 3 of 4
*Figueroa, et al. v. Worthington Military Const., Inc.*/Case No. _____

Case 3:14-cv-00088-TMB   Document 1   Filed 05/12/14   Page 3 of 4

service of papers pursuant to Civil Rule 5, and that on this 12th day of May, 2014, a copy of the foregoing document was served by electronic service upon:

Caitlin Shortell
Law Office of Caitlin Shortell
645 G Street Suite 100-752
Anchorage, Alaska  99501

/s/ Cynthia L. Ducey
4826-9270-2491, v. 1

Notice Of Removal Of Case From State Court
(Superior Court Case No. 3AN-14-6337 Civil)                    Page 4 of 4
*Figueroa, et al. v. Worthington Military Const., Inc.*/Case No. _____
Case 3:14-cv-00088-TMB   Document 1   Filed 05/12/14   Page 4 of 4