Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, AK  99501
Phone: (907) 279-3581
Fax:   (907) 277-1331
cld@delaneywiles.com

Attorneys for Defendant
Worthington Military Construction, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOE FIGUEROA, JOSE FIGUEROA, JAMES RODRIGUES, FAUSTINO RODRIGUES, GERMAN VIERA, ENRIQUE PAZ, LORENZO PAZ, GUSTAVO MONTOYA, LUIS PULIDO, JEFF WALKER, KIRK WALKER, CURTIS KEYS, DAVE WINDSOR, ANGEL GUTIERREZ, JUAN GUTIERREZ, JUAN GUTIERREZ, SR. JOSE D. GARCIA, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>WORTHINGTON MILITARY CONSTRUCTION, INC.,<br><br>    Defendant. | Case No. 3:14-cv-00088 (TMB) |

**STIPULATION TO DISMISS WITH PREJUDICE**

The plaintiffs, by and through their counsel, The Law Offices of Caitlin Shortell, and defendant Worthington Military

Stipulation to Dismiss with Prejudice   Page 1 of 3
*Figueroa, et al. v. Worthington Military Const., Inc.*
Case No. 4:14-cv-00088(TMB)
Case 3:14-cv-00088-TMB   Document 47   Filed 12/11/15   Page 1 of 3

Construction, Inc., by and through its counsel, Delaney Wiles, Inc., stipulate to dismiss this action in its entirety with prejudice, including the all claims of all of the plaintiffs that were brought or could have been brought, with each side to bear its own costs and fees.

This stipulation is made pursuant to FRCP 41(a)(1)(A)(ii). All pending motions are withdrawn.

DATED this 11th day of December, 2015 at Anchorage, Alaska.

> DELANEY WILES, INC.
> Attorneys for Defendant
> Worthington Military
> Construction, Inc.
>
> /s/ Cynthia L. Ducey
> 1007 West 3rd Avenue, Suite 400
> Anchorage, AK  99501
> Phone: (907) 279-3581
> Fax:   (907) 277-1331
> cld@delaneywiles.com
> Alaska Bar No. 8310161

DATED this 11th day of December, 2015 at Anchorage, Alaska.

> /s/ Caitlin Shortell
> Attorney for Plaintiffs
> ABA #0405027

Stipulation to Dismiss with Prejudice                              Page 2 of 3
*Figueroa, et al. v. Worthington Military Const., Inc.*
Case No. 4:14-cv-00088(TMB)

Case 3:14-cv-00088-TMB   Document 47   Filed 12/11/15   Page 2 of 3

**CERTIFICATE OF SERVICE**

This certifies that I am an authorized agent for Delaney Wiles, Inc. for service of papers pursuant to Civil Rule 5, and that on this 11th day of December, 2015, a copy of the foregoing document was served by electronic service upon:

Caitlin Shortell
Law Offices of Caitlin Shortell
645 G Street, Suite 100-752
Anchorage AK  99501

/s/ Cynthia L. Ducey
4852-9527-6841, v.  1

Stipulation to Dismiss with Prejudice                                    Page 3 of 3
*Figueroa, et al. v. Worthington Military Const., Inc.*
Case No. 4:14-cv-00088(TMB)

Case 3:14-cv-00088-TMB   Document 47   Filed 12/11/15   Page 3 of 3